UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
OPULEN VENTURES, INC., A California
Corporation, d/b/a/ OPULEN CAPITAL,
                Plaintiff,
   -against-

AXCESSA, LLC, a New York
Limited Liability Company,
                Defendant.
-------------------------------------------------------X

MOTION FOR
DEFAULT JUDGMENT
12 CV-1776 (RRM) (RER)

    Plaintiff OPULEN VENTURES, INC., A California Corporation, d/b/a/ OPULEN CAPITAL, hereby moves the Court pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2 to enter a default judgment in favor of plaintiff and against defendant AXCESSA, LLC, a New York Limited Liability Company, on the grounds that said defendant failed to answer or otherwise defend against the complaint.

Dated: June 18, 2012

                              HOEFINGER STERN & ROSS LLP

                              By_____
                              Stephen R. Stern, Esq.
                              *Attorneys for Plaintiff*
                              150 East 58th Street
                              New York, New York 10155
                              212-421-4000
                              srstern@hsrlaw.com

To:   AXCESSA LLC
       1166 59th Street
       Brooklyn, New York 11219

{LL2980.DOCX}