UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| OPULEN VENTURES, INC., a California Corporation, d/b/a OPULEN CAPITAL, | : : : | CASE NO. CV12-1776 |
| Plaintiff, | : | |
| vs. | | |
| AXCESSA, LLC, a New York Limited Liability Company, | : : : | **AFFIDAVIT OF REASONABLE ATTORNEYS FEES** |
| Defendant. | : | |

STATE OF FLORIDA      )
                      : SS.
COUNTY OF MIAMI-DADE  )

BEFORE ME, the undersigned authority, appeared **MICHAEL SCHIFFRIN**, [ x ] to me personally known; or [ ] who produced _____ as identification, and who after first being duly sworn, deposes and states as follows:

1. My name is Michael Schiffrin and I am co-counsel for Plaintiff, OPULEN VENTURES, INC., a California Corporation d/b/a OPULEN CAPITAL in the above-referenced cause of action.

2. With regard to my representation of Plaintiff in this matter, I have expended a total of 14.60 hours from March 30, 2012 through June 12, 2012. My hourly rate is $400.00 per hour and accordingly, attorneys fees in the amount of $5,840.00 have thus far been expended in this cause of action. However, as a courtesy to the client, the amount of $600.00 has been credited to the client and the total amount charged through June 12. 2012 is **$5,240.00**. In further support, I attach hereto and make a part hereof a true and correct copy of my Statement as **Exhibit "A"**.

3. I am a Member in good standing of the following State bars:

- The Florida Bar since May 13, 1974 under Florida Bar No. 178240; and

- The New York State Bar (Appellate Division of the Supreme Court of the State of New York, Second Judicial Department) since September 27, 1972 under Registration No. 1594563

4. I have been a practicing lawyer in South Florida, particularly in Miami-Dade County, for thirty-eight (38) years.

5. I have extensive experience in commercial litigation in both the state and federal courts, and have limited my practice primarily in commercial litigation since approximately 1982. In further support hereof, I herewith attach a copy of my Resume as **Exhibit "B"**. Accordingly, I am thoroughly familiar with the rules regulating the Florida Bar, §4-1.5, Fees for Legal Services, as well as the opinion of Florida Patient's Compensation Fund vs. Rowe, 472 So.2d 1145 (Fla. 1985), and I have reviewed same in connection herewith.

FURTHER AFFIANTS SAYETH NAUGHT.

_____
MICHAEL SCHIFFRIN, Affiant

SWORN TO AND SUBSCRIBED before me this ___15___ day of June, 2012, in the County and State aforesaid.

_____
NOTARY PUBLIC-STATE OF FLORIDA

{SEAL}

or    Print Name: _____
Commission No.: _____
Expiration No.: _____

INE I AZCUY-MARTIN
MY COMMISSION # DD974060
EXPIRES March 23, 2014
(407) 398-0153 FloridaNotaryService.com