# EXHIBIT "A"

# [to Affidavit of Reasonable Attorneys Fees]

THE SCHIFFRIN LAW FIRM, PLLC
Suite 208 - Dadeland Office Park
9200 South Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 539-0000


Invoice submitted to:
Mr. Chris Ledlie, Managing Partner and CEO
Opulen Ventures, LLC d/b/a
1600 Rosecrans Avenue
Fourth Floor
Manhattan Beach, CA 90266


June 15, 2012
In Reference To:   Opulen Ventures, Inc. d/b/a Opulen Capital vs. Axcessa, LLC


Professional Services

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 3/30/2012 - | MS | Teleconference<br>with Manny Vidal | 0.25<br>400.00/hr |  | 100.00 |
| - | MS | Teleconference<br>with Chris Ledlie; Email to Chris Ledlie | 0.30<br>400.00/hr |  | 120.00 |
| 3/31/2012 - | MS | Preparation of<br>Draft Letter; Letter to Axcesssa, LLC; Check NY State<br>Department of State Website on Axcessa; Email to Client | 0.30<br>400.00/hr |  | 120.00 |
| 4/2/2012 - | MS | Receive/Review<br>Email from Chris Ledlie; Email to Chris Ledlie; Finalize<br>and Fax Demand Letter; Email to Manny Vidal | 0.25<br>400.00/hr |  | 100.00 |
| - | MS | Receive/Review<br>Email from Chris Ledlie; Email to Chris Ledlie; Emails<br>from and to Stephen Stern, Local Proposed NY Counsel;<br>Telephone with Manny Vidal | 0.25<br>400.00/hr |  | 100.00 |
| 4/5/2012 - | MS | Receive/Review<br>Email from Stephen Stern; Email to Chris Leflie; Email<br>from Chris Ledlie | 0.25<br>400.00/hr |  | 100.00 |
| - | MS | Teleconference<br>with Stephen Stern; Proposed NY Local Counsel | 0.25<br>400.00/hr |  | 100.00 |

Mr. Chris Ledlie, Managing Partner and CEO                                                                                       Page    2

| Date | | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 4/6/2012 - | MS | Preparation of<br>Complaint; Review Agreement; Letter to Stephen Stern; Review Local Rules of the US District Court for Eastern District of New York | 2.40<br>400.00/hr | | 960.00 |
| 4/9/2012 - | MS | Review<br>File for Emails and Communications and Agreements indicating Change of Ownership of the Policy | 0.50<br>400.00/hr | | 200.00 |
| - | MS | Proofread<br>Complaint ; Email to Manny Vidal and Chris Ledlie; Email to Stephen Stern; prepare petition and Affidavit for Admission to US District Court for the Eastern District of NY; Email from Chris Ledlie | 0.80<br>400.00/hr | | 320.00 |
| 4/10/2012 - | MS | E-mail<br>to Client | 0.10<br>400.00/hr | | 40.00 |
| - | MS | Teleconference<br>with Mark Geisler of Hoffinger Stern and Ross | 0.25<br>400.00/hr | | 100.00 |
| 4/12/2012 - | MS | E-mail<br>(s) to Clients; Receive Proof of Service and issued Summons; Review Civil Cover Sheet | 0.30<br>400.00/hr | | 120.00 |
| 4/13/2012 - | MS | Preparation of<br>Motion and Affidavit for Admission Pro Hac Vice to the US District Court for the Eastern District of New York; Letter to Stephen Stern; review and Revisie Pro Hac Motion and Affidavit | 0.40<br>400.00/hr | | 160.00 |
| 4/16/2012 - | MS | E-mail<br>to Client | 0.10<br>400.00/hr | | 40.00 |
| - | MS | Teleconference<br>with Chris Ledlie; Email from Chris Ledlie | 0.25<br>400.00/hr | | 100.00 |
| 4/17/2012 - | MS | Review<br>Docket, receive Notice from USDC re: Case not Eligible for Arbitration | 0.25<br>400.00/hr | | 100.00 |
| - | MS | Receive/Review<br>Email from Chris Ledlie; Email to Chris Ledlie | 0.25<br>400.00/hr | | 100.00 |
| - | MS | E-mail<br>to Chris Ledlie | 0.25<br>400.00/hr | | 100.00 |
| 4/18/2012 - | MS | E-mail<br>to Chris Ladlie | 0.10<br>400.00/hr | | 40.00 |
| - | MS | Receive/Review<br>Florida Bar Certificate for Pro Hac Vice Motions | 0.25<br>400.00/hr | | 100.00 |

Mr. Chris Ledlie, Managing Partner and CEO												Page		3

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 4/23/2012 - | MS | Receive/Review<br>Email from Stephen Stern; Email to Stephen Stern | 0.10<br>400.00/hr |  | 40.00 |
| 5/1/2012 - | MS | Submit<br>online filing regarding Application for Admission to Bar of US District Court Eastern District | 0.40<br>400.00/hr |  | NO CHARGE |
| 5/3/2012 - | MS | E-mail<br>l from Chris Ledlie; Emails to Chris Ledlie | 0.25<br>400.00/hr |  | 100.00 |
| - | MS | E-mail<br>to Stephen Stern; review e-mail from Stephen Stern; teleconference with Mark Geisler | 0.25<br>400.00/hr |  | NO CHARGE |
| 5/4/2012 - | MS | Teleconference<br>with Manny Vidal | 0.25<br>400.00/hr |  | 100.00 |
| 5/5/2012 - | MS | Receive/Review<br>Email and Documents from Client; e-mail from Chris Ledlie | 0.50<br>400.00/hr |  | 200.00 |
| 5/11/2012 - | MS | E-mail<br>to Mark Geisler | 0.10<br>400.00/hr |  | NO CHARGE |
| - | MS | Teleconference<br>with Manuel Vidal | 0.25<br>400.00/hr |  | 100.00 |
| 5/14/2012 - | MS | Review<br>PACER for responsive filings | 0.25<br>400.00/hr |  | 100.00 |
| 5/17/2012 - | MS | Receive/Review<br>Emails from Stephen Stern and from Mark Geisler; Telephone with Stephen Stern | 0.25<br>400.00/hr |  | NO CHARGE |
| - | MS | Teleconference<br>with Chris Ledlie and Manny Vidal; e-mail to Chris Ledlie and Manny Vidal | 0.30<br>400.00/hr |  | 120.00 |
| 5/18/2012 - | MS | Teleconference<br>with Manny Vidal | 0.10<br>400.00/hr |  | 40.00 |
| - | MS | Receive/Review<br>Affirmation in Support of Request for Certificate of Default; Email to Chris Ledlie | 0.25<br>400.00/hr |  | 100.00 |
| 5/21/2012 - | MS | Review<br>Affirmation of Chris Ledlie; Email from Chris Ledlie; Email from Chris Ledlie | 0.25<br>400.00/hr |  | 100.00 |
| 5/23/2012 - | MS | E-mail<br>to Clients; Review Motion for Default Final Judgment Filings | 0.25<br>400.00/hr |  | 100.00 |

Mr. Chris Ledlie, Managing Partner and CEO                                                                                      Page    4

|              |    |                                                                                                                                          | Hrs/Rate          | Tax# | Amount      |
|--------------|----|------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------|-------------|
| 5/24/2012 -  | MS | Review<br>Docket; Note: pursuant to Scheduling Order Motion for Default Judgment must be filed by 6/22/12; receive and review Clerk's Entry of Default; Email to Client | 0.25<br>400.00/hr |      | 100.00      |
| 5/25/2012 -  | MS | Receive/Review<br>Email from Chris Ledlie; Email to Chris Ledlie; Prepare Motion to Tax Fees                                             | 0.60<br>400.00/hr |      | 240.00      |
| -            | MS | Review<br>Revise and Proofread Affidavit of Michael Schifffrin for Reasonable Attorney Fees                                              | 0.30<br>400.00/hr |      | 120.00      |
| 6/6/2012 -   | MS | Research<br>regarding Motions for Attorney Fees                                                                                          | 0.50<br>400.00/hr |      | 200.00      |
| 6/7/2012 -   | MS | Miscellaneous<br>Further revisions to Affidavit of Michael Schiffrin for Reasonable Attorneys Fees                                       | 0.30<br>400.00/hr |      | 120.00      |
| -            | MS | E-mail<br>to Manny Vidal                                                                                                                 | 0.25<br>400.00/hr |      | NO CHARGE   |
| 6/8/2012 -   | MS | E-mail<br>to Stephen Stern                                                                                                               | 0.25<br>400.00/hr |      | NO CHARGE   |
| 6/11/2012 -  | MS | Review<br>Declaration in Support of Motion for Default Judgment                                                                          | 0.25<br>400.00/hr |      | 100.00      |
| 6/12/2012 -  | MS | Receive/Review<br>Email from Chris Ledlie; Email to Chris Ledlie                                                                         | 0.10<br>400.00/hr |      | 40.00       |
|              |    | For professional services rendered                                                                                                       | 14.60             |      | $5,240.00   |