# EXHIBIT "B"

# [to Affidavit of Reasonable Attorneys Fees]

## MICHAEL SCHIFFRIN, ESQ.

Suite 208 - Dadeland Office Park
9200 South Dadeland Boulevard
Miami, Florida 33156
Telephone: (305) 539-0000

---

## R E S U M E

---

**PROFESSIONAL EXPERIENCE:**

1990 - Present    The Schiffrin Law Firm, PLLC f/k/a Michael Schiffrin & Associates, P.A.
Miami, Florida

　　　　　　　　　Title:  **Owner/Sole Practitioner**

　　　　　　　　　*    The Schiffrin Law Firm, PLLC is a law firm specializing in all aspects of commercial litigation, including but not limited to banking, mortgage foreclosure, collection and creditor's rights, corporate, construction, real estate, insurance, securities, trademark and copyright litigation, etc., as well as professional malpractice in the areas of accounting, insurance agent's liability and legal.

1985 - 1990    Hollander, Schiffrin & Bartelstone, P.A. / Miami, Florida

　　　　　　　　　Title:  **Partner**

　　　　　　　　　*    Commercial litigation lawfirm primarily engaged in construction, banking and real estate litigation.

1982 - 1985    Schultz & Hollander, P.A. / Miami, Florida

　　　　　　　　　Title:  **Associate**

　　　　　　　　　*    Commercial litigation lawfirm primarily engaged in construction, banking and real estate litigation, as well as admiralty litigation.

1978 - 1982    Schwarz & Schiffrin, P.A. / Miami Beach, Florida

　　　　　　　　　Title:  **Partner**

　　　　　　　　　*    General practice lawfirm engaged in litigation and all aspects of legal services, including transactional matters, family law, negligence, personal injury and business litigation.

1974 - 1978    Law Offices of Norman K. Schwarz / Miami Beach, Florida

　　　　　　　　　Title:  **Associate**

　　　　　　　　　*    General practice lawfirm engaged in litigation and all aspects of legal services, including transactional matters, family law, negligence, personal injury and business litigation.

| | |
|---|---|
| 1973 - 1974 | <u>Foreign Credit Insurance Association and Export Credit Guarantee Insurer / Office of the General Counsel / New York, New York</u> |

        Title: **Assistant Counsel**

        \*   Client base consisted of large United States exporters and banks. The Foreign Credit Insurance Association was in part owned and managed by the United States Export/ Import Bank.

1972 - 1973     <u>United States Army Reserve / Fort Knox, Kentucky</u>

        Ranking: **First Lieutenant - Active Duty**

\* \* \*

**BAR ADMISSIONS**:

    October, 1972 / State of New York

    May, 1974 / State of Florida

**BAR ASSOCIATION ACTIVITIES**:

    1984    President, Miami Beach Bar Association

    1975    Miami-Dade County Bar Association

\* \* \*

**EDUCATION**:

    <u>Hofstra University, New York</u>
    June, 1968 / Bachelors of Art - Political Science

    <u>Brooklyn Law School, New York</u>
    February, 1972 / Juris Doctor

\* \* \*

**OTHER**:    Martindale-Hubbell AV Rated

\* \* \*

**PERSONAL**:

    Date of Birth:     September 24, 1946
    Marital Status:    Married