UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
OPULEN VENTURES, INC., A California
Corporation, d/b/a/ OPULEN CAPITAL,
                Plaintiff,
    -against-

AXCESSA, LLC, a New York
Limited Liability Company,
                Defendant.
-------------------------------------------------------X

AFFIRMATION OF SERVICE
12 CV-1776 (RRM) (RER)

I, Lyn LiCalsi, declare under penalty of perjury that on June 19, 2012 I served a copy of the attached Motion for Default Judgment dated June 18, 2012, Declaration of Chris Ledlie in Support of Motion for Default Judgment, Affidavit of Reasonable Fees of Michael Schiffrin, Declaration of Stephen R. Stern in Support of Motion for Default Judgment, Declaration of Mark W. Geisler in Support of Motion for Default Judgment, together with the exhibits annexed thereto, upon Axcessa, LLC, by first class mail by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to Axcessa LLC, whose address is 1166 59th Street, Brooklyn, New York 11219, the address set forth on the annexed printout obtained on June 18, 2012 from the New York State Division of Corporations website.

Dated: June 19, 2012

                                                                         _____
                                                                         LYN LICALSI
                                                                         c/o Hoffinger Stern & Ross, LLP
                                                                         150 East 58th Street
                                                                         New York, New York 10155
                                                                         212-421-4000

{LL2982.DOCX}

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through June 15, 2012.

Selected Entity Name: AXCESSA LLC
Selected Entity Status Information

**Current Entity Name:** AXCESSA LLC
**DOS ID #:** 3767304
**Initial DOS Filing Date:** JANUARY 26, 2009
**County:** ALBANY
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC LIMITED LIABILITY COMPANY
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
AXCESSA LLC
1166 59TH STREET
BROOKLYN, NEW YORK, 11219

**Registered Agent**
NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |

No Information Available

\*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
| --- | --- | --- |
| FEB 10, 2009 | Actual | AXCESSA LLC |
| JAN 26, 2009 | Actual | EXCESSA LLC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results                    New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS Homepage   |   Contact Us