UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPULEN VENTURES, INC. a California Corporation, d/b/a OPULEN CAPITAL<br><br>                    Plaintiff,<br>    -against-<br><br>AXCESSA, LLC, a New York Limited Liability Company,<br><br>                    Defendants. | Docket No. 1:12-cv-01776-RRM-RER<br><br>**STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED to by, between and among counsel that,

1. The appeal filed by Mr. Wertzberger and Mr. Wolcowitz on April 23, 2014 through the office of Mr. Kranz is hereby withdrawn without prejudice to renew. If it is to be renewed it shall be renewed by filing the appropriate documents no later than May 12th and, in any event, opposition to the appeal, if it refiled, shall be filed by May 23rd.

2. Counsel for Opulen/Half Brothers LLC ("HBLLC") and Axcessa, LLC ("ALLC") have consented that if no agreement can be reached regarding the outstanding subpoenas which are currently the subject of the Sanction Motions, as defined below, the persons and entities who have been served with the subpoenas as well as Messrs. Wertzberger and Wolcowitz, to the end they have standing, may file a F.R.C.P. 72 motion with respect to Judge Reyes' April 14, 2014 Order, if needed, by May 12, 2014. Opposition to this motion shall be filed by May 28th.

3. With regard to the motions filed April 22 and 23, 2014 seeking, inter alia, to further compel and sanctions, these motions will remain on the calendar (collectively, the "Sanction Motions".) Opposition to the Sanction Motions, if they are not withdrawn, shall be filed by May 12, 2014 and counsel for ALLC and the non-parties explicitly acknowledge a reply to the opposition may be filed by May 23, 2014.

4.	Counsel intend to exchange correspondence on Tuesday April 29th regarding the outstanding subpoenas referenced above and expect to speak on Wednesday April 30th in furtherance of the efforts to resolve all outstanding matters.

5.	It is understood between our office and counsel for Opulen/HBLLC that no further motion practice will be engaged in unless or until there is no agreement regarding the outstanding subpoenas served upon David Weingarten, Rivka Wertzberger, the two (2) Joyland entities and Talmu.

Dated: April 28, 2014

Law Offices of Stephen R. Stern, P.C.          LIPSIUS-BENHAIM LAW LLP

By:_____/s/ *Sloan J. Zarkin*_____        By:_____
         Sloan J. Zarkin, Esq.                                   David BenHaim, Esq.
445 Broad Hollow Road                          Incoming counsel for defendant
Suite 124                                      80-02 Kew Gardens Road-Suite 1030
Melville, NY 11747                             Kew Gardens, New York 11415
Tel:  (631) 393-2600                           212-981-8440

SO ORDERED:

_____
U.S.D.J.