UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OPULEN VENTURES, INC., A California
Corporation, d/b/a/ OPULEN CAPITAL,

                     Plaintiff,

-against-

AXCESSA, LLC, a New York           12 CV-1776 (RRM) (RER)
Limited Liability Company,

                     Defendant.
-------------------------------------------------------------X

## JOINT STIPULATOIN OF DISMISSAL

IS IT HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

| Dated: April __, 2015 | Dated: April __, 2015 |
|---|---|
| Law Offices of Stephen R. Stern, P.C. | |
| By: _____ | By: _____ |
| Stephen R. Stern, Esq. (SS 5665) | J. Michael Gottesman, Esq. (JM ___) |
| Sloan J. Zarkin, Esq. (SZ 1570) | |
| 445 Broad Hollow Road, Suite 124 | 80-02 Kew Gardens Road, Suite 1030 |
| Melville, New York 11747 | Kew Gardens, New York 11415 |
| Counsel for Half Brothers LLC, as Assignee of Plaintiff and Judgment Creditor Opulen Ventures, Inc. | Counsel for Defendant Axcessa, LLC, Joel Wertzberger and Aron J. Wolcowitz |